IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR3 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO FRAUSTO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is the Request for Transcript by a Non-Party, Filing No. 68. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 68) is granted, as outlined below.

2. The non-party petitioner must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party petitioner at the address listed in Filing No. 68.

DATED this 22nd day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge