IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR3 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF FORFEITURE COUNTS |
| ANTONIO FRAUSTO, | ) | |
| JOSE FRAUSTO-DIAZ, | ) | |
| JORGE HERNANDEZ-CAMPOS, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Motion of the United States (Filing No. 91), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the forfeiture counts, Counts V and VI, of the Indictment against Antonio Frausto, Jose Frausto-Diaz and Jorge Hernandez-Campos.

IT IS ORDERED that the Motion to Dismiss Forfeiture Counts (Filing No. 91) is granted.

Dated this 8th day of June, 2009

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge