IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 FEB 25 AM 11: 34

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR3 |
| v. | ) | |
| | ) | ORDER |
| ANTONIO FRAUSTO, | ) | |
| Defendant. | ) | |

This matter comes before the court upon the defendant's Application for Writ of Habeas Corpus Ad Testificandum (File No. 159). This witness, Jose Rigoberto-Diaz, is ordered returned to the District of Nebraska for testimony on or before March 30, 2010.

DATED this 25th day of February, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge

Cert copy USM

Writ issued 2/26/10