IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR3 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANTONIO FRAUSTO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court sua sponte. On August 2, 2010, this court entered a text order granting defendant's motion for a fourteen-day extension to submit an affidavit regarding his motion for leave to proceed in forma pauperis. Filing No. 196. The court has now been informed that Mr. Frausto did not receive the appropriate forms. Filing No. 197. The court will order the Clerk of Court to mail the AO 240 Form - Application to Proceed Without Prepaying Fees to defendant at his current address. The defendant shall have thirty days from the the date of this order to file these forms with the court, if he so chooses.

    THEREFORE, IT IS ORDERED:

    1. The Clerk of Court will mail to the defendant the AO 240 Form - Application to Proceed Without Prepaying Fees to:

> **Antonio Frausto  #22709-047**
> **CCA Leavenworth**
> **100 Highway Terrance**
> **Leavenworth, KS  66048**

    2. The defendant shall thereafter have thirty days from the the date of this order to file these forms with the court, if he so chooses.

    DATED this 16th day of August, 2010.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Chief United States District Judge