IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:09CR3 |
| v. | ) |
| ANTONIO FRAUSTO, | ) ORDER |
| Defendant. | ) |

Before the court is the Request for Transcript by a nonparty, Filing No. 221. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 221) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 221.

DATED this 15th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge