UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 13-1274

United States of America

Appellee

v.

Antonio Frausto, also known as Juan Antonio Frausto-Diaz, also known as Antonio F. Ocampo

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:11-cv-00443-JFB)
_____

**ORDER**

Upon review of the district court record, a certificate of appealability is granted. Attorney Curtis Blood is hereby appointed to represent Antonio Frausto under the Criminal Justice Act. The clerk is directed to issue a briefing schedule.

May 20, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans